**Juan M. CASTILLO, Petitioner,**

v.

**Robert LEGRAND, Warden,
Respondent.**

**No. 13–72199.**

United States Court of Appeals,
Ninth Circuit.

Argued May 14, 2014.

Submitted Feb. 18, 2015.

Filed Feb. 23, 2015.

Megan Hoffman, Assistant Federal Public Defender, Federal Public Defender's Office Las Vegas, Las Vegas, NV, for Petitioner.

Jared M. Frost, Deputy Attorney General, Jeffrey Morgan Conner, Deputy Assistant Attorney General, Office of the Nevada Attorney General, Carson City, NV, for Respondent.

Before: SILVERMAN and GOULD, Circuit Judges and LEMELLE,* District Judge.

ORDER **

Submission of this case was previously withdrawn. It is now RESUBMITTED FOR DECISION as of February 18, 2015.

Petitioner Castillo's application for leave to file a second or successive 28 U.S.C. § 2254 habeas petition in district court to allege that *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012), is retroactive and applies to his sentence is GRANTED.

---

* The Honorable Ivan L.R. Lemelle, District Judge for the U.S. District Court for the Eastern District of Louisiana, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.